**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

MARY LOU KINLAW,

Plaintiff,

v. CASE NO. 4:07cv405-RH/WCS

MICHAEL J. ASTRUE,

Defendant.

_________________________________/

**ORDER OF DISMISSAL**

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This action is DISMISSED without prejudice for failure to serve process within the time required by Federal Rule of Civil Procedure 4(m) and for

failure to prosecute. The clerk must enter judgment and close the file.

SO ORDERED on August 22, 2008.

s/Robert L. Hinkle
Chief United States District Judge